# United States Court of Appeals
## For the First Circuit

Nos. 18-1189, 18-1395; 18-1258

UNITED STATES OF AMERICA,

Appellee,

v.

LUCIANO VEGA-MARTÍNEZ, aka Lucio; RENÉ GARAY-RODRÍGUEZ, aka

Gary,

Defendants, Appellants.

**ERRATA SHEET**

The opinion of this Court, issued on May 21, 2018, is amended as follows:

On page 9, line 13, change "vin number" to "vehicle identification number."

On page 9, line 23, change "food stuffs" to "foodstuffs."